IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00316-CR

 

Kassandra Maxwell,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 85th District Court

Brazos County, Texas

Trial Court # 04-01260-CRF-85

 



MEMORANDUM 
Opinion



 








          Appellant has filed a motion to
dismiss this appeal.  We have not issued
a decision in this appeal.  Appellant
personally signed an affidavit attached to the motion.  The Clerk of this Court has sent a duplicate
copy to the trial court clerk.  See Tex.
R. App. P. 42.2(a). 
Accordingly, the motion is granted, and the appeal is dismissed.

                                                                   PER
CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna








Appeal dismissed

Opinion delivered and filed April 20, 2005

Do not publish

[CR25]